UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61093-CIV-SINGHAL

BARBARA MACEDO DE MORAES,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss for Mootness (DE [15]). Since Defendant has adjudicated Plaintiff's naturalization application, this case is now moot. (DE [15-1]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Mootness (DE [15]) is **GRANTED.** This matter is dismissed as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF